## FOURTH DISTRICT.

George B. Kaufer and Anton Ruzich, plaintiffs in error, v. Romie Louis, defendant in error.

Creditor's bill. Dismissed for want of equity. Error to the City Court of East St. Louis; the Hon. H. LeRoy Browning, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 1, 1918. Rehearing denied .March 26, 1919.

D. J. Sullivan, D. W. Billman and T. M. Webb, for plaintiffs in error. Louis Beasley and M. Millard, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

O. R. Buford et al., appellees, v. August F. Bruchhauser et al., appellants.

Action for breach of contract. Judgment for plaintiffs. Appeal from the Circuit Court of Union county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918. Rehearing denied March 26, 1919. *Certiorari* denied by Supreme Court (making opinion final).

James Lingle, for appellants. Crawford & Grear and Barr & Feirich, for appellees.

Mr. Justice Higbee delivered the opinion of the court.

John J. Crawshaw, appellee, v. St. Louis Electric Terminal Railway Company, appellant.

Action to recover for damages to an automobile caused in a collision with a street car. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918. Rehearing denied March 26, 1919.

Terry, Gueltig & Powell, for appellant; Burton & Hamilton, of counsel. M. R. Sullivan, for appellee.

Mr. Justice McBride delivered the opinion of the court.

W. E. Moore, conservator, appellee, v. J. B. Harris et al., appellants.

Bill to set aside a judgment by confession. Decree for complainant. Appeal from the Circuit Court of Wayne county; the Hon. John C. Eagleton, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 12, 1919.

J. B. Harris, *pro se* and W. T. Bonham, for appellants. Creighton & Thomas, for appellee. Richard L. Boggs, for Mary E. Moats.

Mr. Presiding Justice Higbee delivered the opinion of the court.